United States District Court
Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    YURI MILON,                              Case No. 23-cv-05342-JSW

8                 Plaintiff,
                                              **ORDER DIRECTING DEFENDANTS
9         v.                                  TO SUPPLEMENT RECORD**

10   NORDSTROM, INC., et al.,                 Re: Dkt. No. 6

11               Defendants.

12

13        Defendants Nordstrom, Inc. and Bayshore 101, LLC ("Bayshore") removed this action on

14   the basis of diversity jurisdiction.  Defendants did not, however, address the citizenship of the

15   members of Bayshore or Gateway 101, LLC.  "[L]ike a partnership, an LLC is a citizen of every

16   state of which its owners/members are citizens."  *Johnson v. Columbia Properties Anchorage,*

17   *L.P.*, 437 F.3d 894, 899 (9th Cir. 2006); *see also McKay v. Fay Servicing, LLC,* No. 23-cv-3731-

18   EMC, 2023 WL 4848855, at *1 (N.D. Cal. July 28, 2023).  Plaintiff attaches a Secretary of State

19   filing that identifies S&Y Giverny Corporation as Bayshore as its "manager or member" and lists

20   a California address for that corporation.  (Declaration of Daniel Geoulla, ¶¶ 4-5, Ex. 2.)  The

21   Court ORDERS Defendants to file a supplemental declaration limited to facts regarding the

22   membership of Bayshore and Gateway by no later than December 18, 2023.  The Court will accept

23   no additional argument on Plaintiff's motion to remand, which remains under submission.

24        **IT IS SO ORDERED**.

25   Dated: December 13, 2023

26   _____

27   JEFFREY S. WHITE
     United States District Judge

28